## CLEMENTINA PRIOLI *v.* STATE LIBRARY

The petition by Dwight Owen Schweitzer for certification for appeal from the Appellate Court, 64 Conn. App. 301 (AC 20471), is denied.

*Dwight Owen Schweitzer,* pro se, in support of the petition.

*Joshua A. Hawks-Ladds,* in opposition.

Decided September 20, 2001

## STATE OF CONNECTICUT *v.* OSCAR ABRAHAM

The defendant's petition for certification for appeal from the Appellate Court, 64 Conn. App. 384 (AC 20500), is denied.

*Mark Diamond,* special public defender, in support of the petition.

Decided September 20, 2001